IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1403-JLK**

**JAMES ANDRE,**

      Plaintiff,

v.

**CONTINENTAL SERVICE GROUP, INC., and
DOES 1-10, inclusive,**

      Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      Defendant Continental Service Group Inc.'s Unopposed Motion to Amend Party (doc. #4), filed September 1, 2010, is GRANTED.  The name of the defendant is amended to reflect "Continental Service Group, Inc.".

---

Dated:  September 9, 2010